Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Pulse Physician Organization, PLLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **CY PRESS CARDIOLOGY, PA** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3** – **2 1 3 3 2 6 1** |

**4. Debtor's address**

**Principal place of business**

**119 Medical Park Ln Ste D**
Number     Street

**Huntsville, TX 77340-4980**
City                              State     ZIP Code

**Walker**
County

**Mailing address, if different from principal place of business**

**6962 Lake Paloma Trail**
Number     Street

**Spring, TX 77389**
City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____
City                              State     ZIP Code

**5. Debtor's website (URL)**          **https://pulsehealthcaresystem.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __**Pulse Physician Organization, PLLC**__

Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ MM / DD / YYYY Case number _____
  - District _____ When _____ MM / DD / YYYY Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When _____ MM / DD / YYYY
  - Case number, if known _____

Debtor    **Pulse Physician Organization, PLLC**
          _____          Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　　　　　　　　　　　 Number　　　 Street<br><br>　　　　　　　　　　　 _____<br><br>　　　　　　　　　　　 _____<br>　　　　　　　　　　　 City　　　　　　　　　　　 State　 ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>　　　　　 Contact name　 _____<br>　　　　　 Phone　　　　　 _____ |

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　　☐ 10,001-25,000　　　　　　　　　 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　 ☑ $1,000,001-$10 million　　　 ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　 ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　 ☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number *(if known)*

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million |

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/20/2024**
MM/  DD/  YYYY

**X** **/s/ Gaurav Aggarwala**
Signature of authorized representative of debtor

**Gaurav Aggarwala**
Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Robert C Lane**
Signature of attorney for debtor

Date   **06/20/2024**
MM/  DD/  YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

**Houston**
City

**TX**
State

**77036-3369**
ZIP Code

**(713) 595-8200**
Contact phone

**notifications@lanelaw.com**
Email address

**24046263**
Bar number

**TX**
State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $2,556,518.47 |
| b. Total debts (including debts listed in 2.c., below) | $3,395,617.48 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____ medical office

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

```
Fill in this information to identify the case:

Debtor name        Pulse Physician Organization, PLLC

United States Bankruptcy Court for the:

                   Southern District of Texas

Case number (if known):
```

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▊ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/20/2024                     X  /s/ Gaurav Aggarwala
              MM/  DD/  YYYY                     Signature of individual signing on behalf of debtor

                                                Gaurav Aggarwala
                                                Printed name

                                                Owner
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Abbot Laboratories Inc. 1999 Bryan St. 900 Dallas, TX 75201 | | Medical Equipment | Disputed | | | $194,750.00 |
| 2 | American Express National Bank P.O. Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | Disputed | | | $107,652.74 |
| 3 | Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 | | Medical Equipment | | | | $96,248.70 |
| 4 | Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | | $67,000.00 |
| 5 | Healthpoint Medical Resource, LLC 6175 Hickory Flat Hwy Ste 110-393 Canton, GA 30115-7207 | | Services | | | | $22,137.00 |
| 6 | Instafunders LLC 1019 Kane Concourse Ste 202a Bay Harbor Is, FL 33154-2138 | | MCA | Disputed | | | $217,500.00 |
| 7 | Itria Ventures 1000 N West St Suite 1200 Wilmington, DE 19801 | | UCC | Disputed | | | $328,125.00 |
| 8 | JPMorgan Chase Bank, N.A. P.O. Box 182051 Columbus, OH 43218-2051 | | Credit Card | | | | $458,558.76 |

Debtor   **Pulse Physician Organization, PLLC**

Name _____   Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MCA Funding Source The Law Office of Jason Gang 1245 Hewlett Plz # 478 Hewlett, NY 11557-4021 | | UCC | Disputed | | | $546,934.00 |
| 10 | NewCo Capital Group VI LLC 1545 Route 202 Ste 203 Pomona, NY 10970-2951 | | MCA | Disputed | | | $276,562.00 |
| 11 | Novus Capital Funding II LLC 7 Elmwood Drive, Suite 301 New City, NY 10956 | | UCC | Disputed | | | $41,972.00 |
| 12 | ODK Capital, LLC 175 W Jackson Blvd Ste 1000 Chicago, IL 60604-2863 | | UCC | | | | $82,700.00 |
| 13 | Organogenesis Inc. 85 Dan Rd Canton, MA 02021-2810 | | Services | Disputed | | | $21,900.00 |
| 14 | Partners Capital Group, Inc. 201 Sandpointe Ave Suite 500 Santa Ana, CA 92707 | | | | | | $81,773.93 |
| 15 | Philips Capital P.O. Box 2594 Chicago, IL 60690-2594 | | | | | | $76,215.54 |
| 16 | Rocket Capital NY LLC 1250 E Hallandale Beach Blvd Ste 505 Hallandle Bch, FL 33009-4635 | | UCC | Disputed | | | $128,480.00 |
| 17 | Siemens Financial Services, Inc. 170 Wood Ave South Iselin, NJ 08830-2741 | | Ultrasound | | | | $17,335.10 |
| 18 | Small Business Administration 409 3rd St Sw Washington, DC 20416-0011 | | UCC | | | | $150,000.00 |
| 19 | Small Business Administration 409 3rd St Sw Washington, DC 20416-0011 | | UCC | | | | $89,501.44 |
| 20 | Trustmark P.O. Box 291 Jackson, MS 39205-0291 | | | | | | $213,564.73 |

Fill in this information to identify the case:

Debtor Name **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Capital One Bank** | **Checking account** | **9  2  9  8** | $44,293.81 |
| 3.2. | **JPMorgan Chase Bank** | **Checking account** | **8  0  3  1** | $17,985.38 |
| 3.3. | **JPMorgan Chase Bank** | **Checking account** | **8  1  2  2** | $635.00 |
| 3.4. | **JPMorgan Chase Bank** | **Savings account** | **6  7  9  8** | $150.47 |

4. **Other cash equivalents** *(Identify all)*

4.1
4.2

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$63,064.66

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

| Debtor | **Pulse Physician Organization, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

   7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    ┌─────────────┐
                                                         └─────────────┘

---

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

   |  | **Current value of debtor's interest** |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    **$2,292,159.81**  -  **unknown**  =.....➜    **$2,292,159.81**
                                face amount           doubtful or uncollectible accounts

   11b. Over 90 days old:    _____  -  _____  =.....➜    _____
                             face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    ┌─────────────┐
                                                                              │ **$2,292,159.81** │
                                                                              └─────────────┘

---

**Part 4:     Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

   |  | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                        % of
                                                          ownership:

---

Debtor   **Pulse Physician Organization, PLLC**                     Case number *(if known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____   _____   _____

   16.2 _____   _____   _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                    | _____ |

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                    | _____ |

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor   **Pulse Physician Organization, PLLC**                    Case number *(if known)* _____
Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

Debtor    **Pulse Physician Organization, PLLC**                              Case number *(if known)* _____
          Name

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Ultrasound System** | **unknown** | | **$43,000.00** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $43,000.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2024 BMW X7** / VIN: 5UX23EM08R9T68358 | **unknown** | | **$116,000.00** |

---

Debtor     **Pulse Physician Organization, PLLC**                              Case number *(if known)* _____
           Name

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| | 48.1 _____ | _____ | _____ | _____ |
| | 48.2 _____ | _____ | _____ | _____ |
| 49. | **Aircraft and accessories** | | |
| | 49.1 _____ | _____ | _____ | _____ |
| | 49.2 _____ | _____ | _____ | _____ |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Avante True 12T electrocardiograph - Downtown Location | unknown | $150.00 |
| | MA 1 Handheld audiometer - Downtown Location | unknown | $150.00 |
| | Whirlpool 14.5 Cu Top-freezer WHITE - Downtown Location | unknown | $100.00 |
| | Digital Baby Scale W/ tray - Downtown Location | unknown | $10.00 |
| | 120 Mini Urine analyzer - Crockett Location | unknown | $200.00 |
| | Health O meter Scale MODEL: 499KL - Crockett Location | unknown | $125.00 |
| | IBloodPressure Model:SMBP802-GS-001 - Crockett Location | unknown | $20.00 |
| | Welch allyn otoscope MODEL:408282 - Crockett Location | unknown | $100.00 |
| | IE Industries Pateint Exam Bed Model# 104 - Crockett Location | unknown | $150.00 |
| | Quench Water Machine Q7FS - Crockett Location | unknown | $120.00 |
| | Blue Patient Exam Bed Blue 2 Cabinet - Crocket Location | unknown | $150.00 |
| | Welch allyn otoscope MODEL:727 - Crockett Location | unknown | $20.00 |
| | Midmark Blue exam bed MODEL:100 - Crockett Location | unknown | $150.00 |
| | Portable exam lamp - Crockett Location | unknown | $50.00 |
| | Doctor exam stool Blue - Crockett Location | unknown | $20.00 |
| | IV pole - Crockett Location | unknown | $10.00 |
| | welch allyn vital sign machine - Crockett Location | unknown | $150.00 |
| | Mortara ELI105 RX - Crockett Location | unknown | $300.00 |
| | Lumeon tympanic infrared thermometer MODEL: GENIUS - Crockett Location | unknown | $50.00 |
| | Ritter Surgical Bed - Crockett Location | unknown | $150.00 |

Debtor    **Pulse Physician Organization, PLLC**                                 Case number *(if known)*

        Name

| | | |
|---|---|---|
| **Amco Audio Meter Model 650AB - Crockett Location** | unknown | $100.00 |
| **Image Plus Xray Viewer - Crockett Location** | unknown | $100.00 |
| **Drucker Diagnostic MODEL 642E- Crockett Location** | unknown | $400.00 |
| **Aeromist Nebulizer - Crockett Location** | unknown | $10.00 |
| **ZOLL AED Plus - Crockett Location** | unknown | $300.00 |
| **TUTTNAUER VALVEKLAVE - Crockett Location** | unknown | $200.00 |
| **Mckesson Wheelchair MODEL: - Crockett Location** | unknown | $50.00 |
| **Welch Allyn Vital Signs Machine (2) - Trinity Location** | unknown | $40.00 |
| **Health O meter Scale MODEL: 499KL - Trinity Location** | unknown | $200.00 |
| **Welch Allyn Thermometer - Trinity Location** | unknown | $20.00 |
| **FEMOMETER Thermometer - Trinity Location** | unknown | $12.00 |
| **Mortara ELI105 RX - Trinity Location** | unknown | $300.00 |
| **Ritter 104 (2) - Trinity Location** | unknown | $200.00 |
| **Black DR Stool (3) - Trinity Location** | unknown | $50.00 |
| **Healthometer Manual Scale - Trinity Location** | unknown | $75.00 |
| **Welch Allyn Otoscope - Trinity Location** | unknown | $25.00 |
| **Healthometer Baby Scale - Trinity Location** | unknown | $20.00 |
| **Global BP CUFF(2) - Trinity Location** | unknown | $100.00 |
| **Mayo Stand 311 - Trinity Location** | unknown | $40.00 |
| **Select Exam Light 551 - Trinity Location** | unknown | $65.00 |
| **Surgical Kick Bucket - Trinity Location** | unknown | $20.00 |
| **Medline 120 Mini Urine Analyzer - Trinity Location** | unknown | $250.00 |
| **Drucker Diagnostics MODEL 642E - Trinity Location** | unknown | $100.00 |
| **ZOLL AED Plus - Trinity Location** | unknown | $300.00 |
| **WELCH ALLYN VITAL SIGNS MONITOR 6000 - Tomball Location** | unknown | $100.00 |
| **MORTARA-BURDICK ECG MACHINE - Tomball Location** | unknown | $200.00 |
| **ALARIS PC 8015 - Tomball Location** | unknown | $300.00 |
| **ALARIS PUMP 8100 - Tomball Location** | unknown | $300.00 |
| **STRYKER STRETCHER 660- Tomball Location** | unknown | $500.00 |
| **HILLROM STRETCHER TRANSTAR - Tomball Location** | unknown | $500.00 |
| **GE PATIENT MONITOR B40 (2) - Tomball Location** | unknown | $500.00 |
| **BIOTRONIK RENAMIC - Tomball Location** | unknown | $325.00 |
| **PHILIPS INTELLIVUE MP5 (2) - Tomball Location** | unknown | $500.00 |

Debtor    **Pulse Physician Organization, PLLC**                          Case number *(if known)*
          Name

| | | |
|---|---|---|
| **STRYKER 1020 TRAUMA STRETCHER (2) - Tomball Location** | unknown | $200.00 |
| **3M INCUBATOR - Cleveland Location** | unknown | $30.00 |
| **Abbott ID Now Test Kit - Katy Location** | unknown | $50.00 |
| **Bionix Otoclear - Katy Location** | unknown | $95.00 |
| **DR Stool (2)- Katy Location** | unknown | $60.00 |
| **Brewer company Access Exam Bed (4) - Katy Location** | unknown | $300.00 |
| **CARDIAC SCIENCE TM55 Treadmill - Cypress Location** | unknown | $300.00 |
| **CARDIAC TRIGGER MONITOR 3000 - Cleveland Location** | unknown | $200.00 |
| **Drucker Diagnostic MODEL 642E - Katy Location** | unknown | $400.00 |
| **Exam Light Surgical Gooseneck (2)- Katy Location** | unknown | $150.00 |
| **GE VIVID S6 ULTRASOUND - Cypress Location** | unknown | $800.00 |
| **GENTEC PATIENT EXAM BED - Cypress Location** | unknown | $400.00 |
| **Health O meter Scale MODEL: 498KL (2) - Katy Location** | unknown | $350.00 |
| **HEALTHOMETER SCALE (4) - Cypress Location** | unknown | $500.00 |
| **HeartStart Defibrillator - Katy Location** | unknown | $750.00 |
| **LIFEPAK DEFIBRILLATOR - Cypress Location** | unknown | $500.00 |
| **LUDLUM MODEL 1000 - Cypress Location** | unknown | $100.00 |
| **MAC5500 EKG MACHINE - Cleveland Location** | unknown | $500.00 |
| **Mayo stand - Katy Location** | unknown | $20.00 |
| **MIDMARK 550 STRETCHER - Cypress Location** | unknown | $600.00 |
| **Midmark Ritter 204 beige Exam bed (3) - Katy Location** | unknown | $300.00 |
| **Midmark Surgical Bed (3) - Katy Location** | unknown | $300.00 |
| **MINDRAY PM-8000 EXPRESS MONITOR - Cleveland Location** | unknown | $200.00 |
| **Nebulizer - Katy Location** | unknown | $10.00 |
| **PATIENT EXAM BED WOODEN (2) - Cypress Location** | unknown | $450.00 |
| **Patient Scale - Katy Location** | unknown | $400.00 |
| **PATIENT SCALE LUMEON - Cypress Location** | unknown | $200.00 |
| **PHILIPS CARDIOMD GAMMA CAMERA SYSTEM - Cypress Location** | unknown | $10,000.00 |
| **PHILIPS CARDIOMD GAMMA CAMERA SYSTEM - Cleveland Location** | unknown | $10,000.00 |
| **PULMONE PFT MACHINE - Cypress Location** | unknown | $500.00 |
| **Pro Advantage Urine Analyzer - Katy Location** | unknown | $150.00 |

Debtor      **Pulse Physician Organization, PLLC**                                    Case number *(if known)* _____
                    Name

| | | | |
|---|---|---|---|
| RITTER 204 MIDMARK PATIENT EXAM BED (2) - Cypress Location | unknown | | $200.00 |
| RITTER M9 AUTOCLAVE - Cleveland Location | unknown | | $500.00 |
| Ritter M9 UltraClave - Katy Location | unknown | | $500.00 |
| Ritter M9 UltraClave - Cypress Location | unknown | | $500.00 |
| SIEMENS ULTRASOUND CART - Cypress Location | unknown | | $1,000.00 |
| WELCH ALLYN ORAL THERMOMETER - Cleveland Location | unknown | | $150.00 |
| Welch allyn otoscope (10) - Katy Location | unknown | | $700.00 |
| WELCH ALLYN OTOSCOPE - Cypress Location | unknown | | $200.00 |
| WELCH ALLYN RECTAL THERMOMETER - Cleveland Location | unknown | | $150.00 |
| WELCH ALLYN VITAL SIGN MONITOR - Cypress Location | unknown | | $300.00 |
| Welch Allyn Vital Sugn Monitor - Katy Location | unknown | | $300.00 |
| ZOLL AED DEFIB - Cypress Location | unknown | | $300.00 |
| ZOLL DEFIB - Cleveland Location | unknown | | $300.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                          | $158,292.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |

Debtor   **Pulse Physician Organization, PLLC**                              Case number *(if known)* _____
         Name

| 55.5 | _____ | _____ | _____ | _____ | _____ |
| 55.6 | _____ | _____ | _____ | _____ | _____ |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     | _____ |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| **https://pulsehealthcaresystem.com** | **unknown** | | **$1.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **Medical Records** | **unknown** | | **$1.00** |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.     | **$2.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number *(if known)* _____

---

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➔   _____
                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   _____

_____     Tax year _____   _____

_____     Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____     _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     _____

Nature of claim     _____

Amount requested     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     _____

Nature of claim     _____

Amount requested     _____

76. **Trusts, equitable or future interests in property**

_____     _____

---

Debtor    **Pulse Physician Organization, PLLC**                              Case number *(if known)* _____

Name

---

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____        _____

    _____        _____

78. **Total of Part 11**                                                    _____

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $63,064.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,292,159.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $158,292.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column* .......... 91a. | $2,556,518.47 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................ | | $2,556,518.47 |

Fill in this information to identify the case:

Debtor name __**Pulse Physician Organization, PLLC**__

United States Bankruptcy Court for the: __**Southern**__   District of   __**Texas**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| __**BMW Financial Services NA, LLC**__ | __2024 BMW X7__ | $118,000.00 | $116,000.00 |

**Creditor's mailing address**

__**5550 Britton Pkwy**__

__**Hilliard, OH 43026**__

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**   __09/01/2023__

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,130,367.88

Debtor  **Pulse Physician Organization, PLLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

**Instafunders LLC**

**Creditor's mailing address**

1019 Kane Concourse Ste 202a

Bay Harbor Is, FL 33154-2138

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**MCA**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$217,500.00**

Column B: **unknown**

| Debtor | **Pulse Physician Organization, PLLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.3** Creditor's name

**Itria Ventures**

Creditor's mailing address

**1000 N West St Suite 1200**

**Wilmington, DE 19801**

Creditor's email address, if known

_____

Date debt was incurred    **08/14/2023**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$328,125.00**

Value of collateral: **unknown**

Debtor    **Pulse Physician Organization, PLLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**   **Creditor's name**

**MCA Funding Source**

**Creditor's mailing address**

**The Law Office of Jason Gang**

**1245 Hewlett Plz # 478**

**Hewlett, NY 11557-4021**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **04/05/2024**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$546,934.00**

Column B: **unknown**

Debtor    **Pulse Physician Organization, PLLC**
          _____          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** Creditor's name

**NewCo Capital Group VI LLC**
_____

Creditor's mailing address

**1545 Route 202 Ste 203**
_____

**Pomona, NY 10970-2951**
_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**MCA**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$276,562.00**       **unknown**

---

| Debtor | **Pulse Physician Organization, PLLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$41,972.00** | **unknown** |
|---|---|---|---|---|

**Creditor's name**
**Novus Capital Funding II LLC**

**Describe debtor's property that is subject to a lien**
_____
_____

**Creditor's mailing address**
**7 Elmwood Drive, Suite 301**

**New City, NY 10956**

**Describe the lien**
**UCC**

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   **3/27/24**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

| Debtor | **Pulse Physician Organization, PLLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7 Creditor's name**

ODK Capital, LLC

**Describe debtor's property that is subject to a lien**

$82,700.00          unknown

**Creditor's mailing address**

175 W Jackson Blvd Ste 1000

Chicago, IL 60604-2863

**Describe the lien**

UCC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Business Loan

Debtor   **Pulse Physician Organization, PLLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8** Creditor's name

**Philips Capital**

Creditor's mailing address

**P.O. Box 2594**

**Chicago, IL 60690-2594**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   **4  1  8  6**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $76,215.54 | unknown |

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **Pulse Physician Organization, PLLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Philips Capital**

**Describe debtor's property that is subject to a lien**

$14,552.88                 unknown

**Creditor's mailing address**

**P.O. Box 2594**

**Chicago, IL 60690-2594**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**   **6   7   4   6**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **Pulse Physician Organization, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.10** **Creditor's name**

**Rocket Capital NY LLC**

**Describe debtor's property that is subject to a lien**

_____

$128,480.00   unknown

**Creditor's mailing address**

**1250 E Hallandale Beach Blvd Ste 505**

**Hallandle Bch, FL 33009-4635**

_____

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   04/09/2024

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA

Debtor **Pulse Physician Organization, PLLC**                    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**Siemens Financial Services, Inc.**

**Describe debtor's property that is subject to a lien**

_____

_____

$4,807.89                 unknown

**Creditor's mailing address**

**170 Wood Ave South**

**Iselin, NJ 08830-2741**

_____

**Describe the lien**

**Ultrasound**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     **09/19/2019**

**Last 4 digits of account**    **1  4  3  1**
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Pulse Physician Organization, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12 Creditor's name**

**Siemens Financial Services, Inc.**

**Creditor's mailing address**

**170 Wood Ave South**

**Iselin, NJ 08830-2741**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **2  3  8  4**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Ultrasound**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,388.19**　　**unknown**

Debtor **Pulse Physician Organization, PLLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
| --- | --- | --- |
| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.13** **Creditor's name**

**Siemens Financial Services, Inc.**

**Describe debtor's property that is subject to a lien**

$17,335.10      unknown

**Creditor's mailing address**

**170 Wood Ave South**

**Iselin, NJ 08830-2741**

**Describe the lien**

**Ultrasound**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account**   **5**   **8**   **1**   **6**
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor __Pulse Physician Organization, PLLC_____     Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.14 Creditor's name**

**Siemens Financial Services, Inc.**

**Creditor's mailing address**

**170 Wood Ave South**

**Iselin, NJ 08830-2741**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __5__ __8__ __1__ __7__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Ultrasound**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $16,902.33 | unknown |
|---|---|

Debtor **Pulse Physician Organization, PLLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Siemens Financial Services, Inc.**
_____

**Creditor's mailing address**

**170 Wood Ave South**
_____

**Iselin, NJ 08830-2741**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **5  8  1  8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Ultrasound**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,391.51                    unknown

Debtor   **Pulse Physician Organization, PLLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16 Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**409 3rd St Sw**

**Washington, DC 20416-0011**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** EIDL

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$150,000.00**

Value of collateral: **unknown**

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**409 3rd St Sw**

**Washington, DC 20416-0011**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **7 8 0 2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** EIDL

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$89,501.44     unknown

Debtor   **Pulse Physician Organization, PLLC**

Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Padfield & Stout**<br>**420 Throckmorton Street Suite 1210**<br>**Fort Worth, TX 76102** | Line 2. **2** | ___ ___ ___ ___ |
| **Piekarski Law PLLC**<br>**Adam Nichols, Esq.**<br>**1 Whitehall St., 2nd Floor**<br>**New York, NY 10004-2125** | Line 2. **5** | ___ ___ ___ ___ |
| **Austin LLP**<br>**David J. Austin, Esq.**<br>**43 W 43rd St., Suite 288**<br>**New York, NY 10036-7424** | Line 2. **6** | ___ ___ ___ ___ |
| **On Deck Capital Service Center**<br>**4201 Wilson Blvd Ste 110-209**<br>**Arlington, VA 22203** | Line 2. **7** | ___ ___ ___ ___ |
| **Yankovich, Esq., Boris**<br>**1 World Trade Ctr Ste 8500**<br>**New York, NY 10007-0089** | Line 2. **10** | ___ ___ ___ ___ |
| **Yankovich, Boris**<br>**415 Ocean View Avenue Floor 3**<br>**Brooklyn, NY 11235** | Line 2. **10** | ___ ___ ___ ___ |
| **Russo & Gould LLP**<br>**33 Whitehall Street**<br>**New York, NY 10004** | Line 2. **10** | ___ ___ ___ ___ |
| **U.S. Small Business Administration (SBA) - All Divisions**<br>**Little Rock Commercial Loan Servicing Center**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line 2. **16** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor   **Pulse Physician Organization, PLLC**

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

| Debtor | **Pulse Physician Organization, PLLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Abbot Laboratories Inc.

1999 Bryan St. 900

Dallas, TX 75201

Date or dates debt was incurred   10/5/22

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Medical Equipment

Is the claim subject to offset?
☑ No
☐ Yes

**$194,750.00**

---

**3.2** Nonpriority creditor's name and mailing address

American Express National Bank

P.O. Box 6031

Carol Stream, IL 60197-6031

Date or dates debt was incurred   08/30/2023

Last 4 digits of account number   1  0  0  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$107,652.74**

---

**3.3** Nonpriority creditor's name and mailing address

Ascentium Capital

23970 Highway 59 North

Kingwood, TX 77339

Date or dates debt was incurred   02/20/2024

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical Equipment

Is the claim subject to offset?
☑ No
☐ Yes

**$96,248.70**

---

**3.4** Nonpriority creditor's name and mailing address

Capital One

PO Box 30285

Salt Lake City, UT 84130

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$67,000.00**

---

Debtor   **Pulse Physician Organization, PLLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,137.00
*Check all that apply.*

**Healthpoint Medical Resource, LLC**

**6175 Hickory Flat Hwy Ste 110-393**

**Canton, GA 30115-7207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Date or dates debt was incurred        **03/25/2024**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.6** Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank, N.A.**

**P.O. Box 182051**

**Columbus, OH 43218-2051**

As of the petition filing date, the claim is:        $458,558.76
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.7** Nonpriority creditor's name and mailing address

**Organogenesis Inc.**

**85 Dan Rd**

**Canton, MA 02021-2810**

As of the petition filing date, the claim is:        $21,900.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Services**

Date or dates debt was incurred        **02/07/2024**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.8** Nonpriority creditor's name and mailing address

**Partners Capital Group, Inc.**

**201 Sandpointe Ave Suite 500**

**Santa Ana, CA 92707**

As of the petition filing date, the claim is:        $81,773.93
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $213,564.73
| **Trustmark** | *Check all that apply.*
| | ☐ Contingent
| **P.O. Box 291** | ☐ Unliquidated
| **Jackson, MS 39205-0291** | ☐ Disputed
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| **Last 4 digits of account number** 4 5 5 6 | ☑ No
| | ☐ Yes

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,663.74
| **US Bank National Association** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 790448** | ☐ Unliquidated
| **Saint Louis, MO 63179-0448** | ☐ Disputed
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| **Last 4 digits of account number** __ __ __ __ | ☑ No
| | ☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **American Express Legal**<br><br>**2401 Fountain View Dr Ste 306**<br><br>**Houston, TX 77057-4854** | Line **3.2**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2   **Barnett & Garcia**<br><br>**3821 Juniper Trace Suite 108**<br><br>**Austin, TX 78738** | Line **3.1**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Pulse Physician Organization, PLLC**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$1,265,249.60** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,265,249.60** |

Fill in this information to identify the case:

Debtor name __**Pulse Physician Organization, PLLC**__

United States Bankruptcy Court for the:

__**Southern District of Texas**__

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Pulse Medical Office Lease - Pearland** — **Contract to be REJECTED**<br>State the term remaining: **0 months**<br>List the contract number of any government contract: | **Jung Kwak**<br>**2621 Sunfish Dr**<br>**Pearland, TX 77584-3041** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Pulse Medical Office Lease** — **Contract to be ASSUMED**<br>State the term remaining: **0 months**<br>List the contract number of any government contract: | **Medical Office Park - Huntsville, LP**<br>**Attn: Lisa Dominey**<br>**100 Medical Center Blvd Ste 204**<br>**Conroe, TX 77304-2821** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Pulse Medical Office Lease - Katy** — **Contract to be ASSUMED**<br>State the term remaining: **156 months**<br>List the contract number of any government contract: | **Millrock Investment Fund 1, LLC**<br>**Attn: Kevin Long**<br>**2100 S. Pleasant Grove Blvd, Suite 275**<br>**Pleasant Grove, UT 84062** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Pulse Medical Office Lease** — **Contract to be ASSUMED**<br>State the term remaining: **0 months**<br>List the contract number of any government contract: | **Moto Huntsville, LLC**<br>**100 Medical Center Blvd, Suite 204 Attn: David Anderson**<br>**2232 Dunstan Rd**<br>**Houston, TX 77005-2626** |

Debtor    **Pulse Physician Organization, PLLC**                                      Case number *(if known)* _____
      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Medical Office Lease - Cypress** | **North Cypress Land Ventures POB, Ltd.** |
|---|---|---|---|
| | | **Contract to be REJECTED** | **21216 Northwest Freeway Ste 210** |
| | State the term remaining | **102 months** | **Cypress, TX 77429** |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | **Siemens Financial Services, Inc.** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **170 Wood Ave South** |
| | State the term remaining | **0 months** | **Iselin, NJ 08830-2741** |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Office** | **Spectre Innovations LLC** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **6962 Lake Paloma Trl** |
| | State the term remaining | **0 months** | **The Woodlands, TX 77389-4875** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

<u>Official Form 206H</u>
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Achy Legs Clinics, LLC** | **2450 Kuykendahl Rd** <br> Street <br><br> **Tomball, TX 77375** <br> City          State          ZIP Code | **Itria Ventures** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **NewCo Capital Group VI LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Millrock Investment Fund 1, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Instafunders LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **MCA Funding Source** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Novus Capital Funding II LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Pulse Physician Organization, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 **Aggarwala, Gaurav** | **74 Waterton Cove Pl** <br> Street <br><br> **The Woodlands, TX 77380-4619** <br> City        State        ZIP Code | **BMW Financial Services NA, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Itria Ventures** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Medical Office Park - Huntsville, LP** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Moto Huntsville, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **NewCo Capital Group VI LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **American Express National Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Instafunders LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **ODK Capital, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Rocket Capital NY LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **MCA Funding Source** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Novus Capital Funding II LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Healthpoint Medical Resource, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **North Cypress Land Ventures POB, Ltd.** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Siemens Financial Services, Inc.** | ☐ D <br> ☐ E/F <br> ☑ G |

| Debtor | **Pulse Physician Organization, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | **Spectre Innovations LLC** | **6962 Lake Paloma Trl**<br>Street<br><br>**The Woodlands, TX 77389-4875**<br>City          State          ZIP Code | **Itria Ventures** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **NewCo Capital Group VI LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Millrock Investment Fund 1, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | | **Instafunders LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **MCA Funding Source** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Novus Capital Funding II LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name      **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the:

       **Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................. | **$0.00**

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*............................................................................... | **$2,556,518.47**

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................. | **$2,556,518.47**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$2,130,367.88**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+   $1,265,249.60**

4. **Total liabilities**............................................................................................................ | **$3,395,617.48**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Pulse Physician Organization, PLLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,858,000.00** |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$43,500,000.00** |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$24,033,432.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Pulse Physician Organization, PLLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **NewCo Capital Group VI LLC**<br>Creditor's name<br>**1545 Route 202, Suite 203**<br>Street<br><br>**Pomona, NY 10970**<br>City     State   ZIP Code | **03/22/2024**<br><br>**03/29/2024** | **$45,342.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.** **Novus Capital Funding**<br>Creditor's name<br>**7 Elmwood Drive, Suite 301**<br>Street<br><br>**New City, NY 10956**<br>City     State   ZIP Code | | **$62,958.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.3.** **Philips Capital**<br>Creditor's name<br>**P.O. Box 2594**<br>Street<br><br>**Chicago, IL 60690-2594**<br>City     State   ZIP Code | **10/31/2019** | **$12,702.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.4.** **Rocket Capital NY LLC**<br>Creditor's name<br>**1250 E Hallandale Beach Blvd Ste 505**<br>Street<br><br>**Hallandle Bch, FL 33009-4635**<br>City     State   ZIP Code | **3/20/24**<br>**3/21/24**<br>**3/22/24**<br>**3/25/24**<br>**3/26/24**<br>**3/27/24**<br>**3/28/24**<br>**3/29/24**<br>**4/1/24**<br>**4/2/24**<br>**4/3/24** | **$59,962.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Pulse Physician Organization, PLLC**                                  Case number *(if known)* _____
         Name

<u>4/4/24</u> _____

<u>4/5/24</u> _____

<u>4/9/24</u> _____

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Aggarwala, Gaurav** <br> Creditor's name <br><br> **74 Waterton Cove Pl** <br> Street <br><br><br> **The Woodlands, TX 77380-4619** <br> City          State   ZIP Code | **Last 12 months Gross Income** | **$600,000.00** | **Payroll** |

| Relationship to debtor |
|---|
| **Owner** |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  _____ <br> Creditor's name <br><br> _____ <br> Street <br><br><br> _____ <br> City          State   ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor __**Pulse Physician Organization, PLLC**_____     Case number *(if known)* _____
Name

6.1. _____     _____     _____     _____

Creditor's name

_____     XXXX– __ __ __ __

Street

_____

_____
City                    State      ZIP Code

---

### Part 3:  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Abbott Laboratories Inc. vs Pulse Physician Organization, et al.** | **Breach of Contract** | **129th Disrict Court, Harris County Texas**<br>Name<br>**201 Caroline St Fl 10**<br>Street<br><br>**Houston, TX 77002-1901**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**2024-26443** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **American Express National Bank vs Pulse Physician Organization, et al.** | **Breach of Contract** | **284th District Court, Montgomery County, Texas**<br>Name<br>**301 North Main 201**<br>Street<br><br>**Conroe, TX 77301**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**24-04-04966** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Instafunders LLC vs Pulse Physician Organization, et al.** | **Breach of Contract** | **Montgomery County - 457th Judicial District Court**<br>Name<br>**301 North Main Suite 200**<br>Street<br><br>**Conroe, TX 77301**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**24-04-06553** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Rocket Capital NY LLC vs Pulse Physician, et. al** | **Breach of Contract** | **Supreme Court of the State Of New York County of Ontario**<br>Name<br>**27 N Main St**<br>Street<br><br>**Canandaigua, NY 14424-1447**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**138636-2024** | | | |

Debtor   **Pulse Physician Organization, PLLC**

Name

Case number *(if known)*

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **NewCo Capital Group VI LLC vs. Pulse Physician Organization, et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Monroe** <br> Name <br> **99 Exchange Blvd** <br> Street <br> **Hall of Justice 5th Floor, Room 545** <br> **Rochester, NY 14614-2112** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **E2024006536** | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Novus Capital Funding II LLC vs Pulse Physician Organization, et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Kings** <br> Name <br> **360 Adams St 4** <br> Street <br><br> **Brooklyn, NY 11201** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **510802/2024** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **MCA Funding Source vs Pulse Physician Organization** | **Breach of Contract** | **Supreme Court of the State of New York County of Monroe** <br> Name <br> **99 Exchange Blvd** <br> Street <br> **Hall of Justice 5th Floor, Room 545** <br> **Rochester, NY 14614-2112** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **E2024006034** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City          State     ZIP Code | Case title <br><br> Case number <br><br> Date of order or assignment | Court name and address <br> Name <br> Street <br> City          State     ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor   **Pulse Physician Organization, PLLC**

Name

Case number *(if known)*

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|-------------------------------------------------|-------|------------------------|
| | **The Lane Law Firm** | **Attorney's Fee** | **04/08/2024** | **$10,000.00** |
| | **Address** | **Attorney's Fee** | **05/14/2024** | **$15,000.00** |
| | **6200 Savoy Dr Ste 1150**<br>Street | | | |
| | **Houston, TX 77036-3369**<br>City                    State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **billing@lanelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor   **Pulse Physician Organization, PLLC**                                        Case number *(if known)* _____
           Name

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13.   Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | Previous Locations |
|---|---|

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State   ZIP Code | |

Debtor **Pulse Physician Organization, PLLC**
_____
Name

Case number *(if known)* _____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Pulse Physician Organization, PLLC**<br>Facility name<br><br>**74 Waterton Cove Place**<br>Street<br><br>**Spring, TX 77380-4619**<br>City            State      ZIP Code | **Healthcare Practice**<br>_____<br><br><br>Location where patient records are maintained(if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Medical records** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **Pulse Physician Organization, PLLC**
_____     Case number _(if known)_ _____
Name

18.1  **Bank of America**
      Name

      **P.O. Box 660441**
      Street

      _____

      **Dallas, TX 75266-0441**
      City                State    ZIP Code

XXXX– **5  3  5  1**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other
      _____

18.2  **JPMorgan Chase Bank, N.A.**
      Name

      **P.O. Box 182051**
      Street

      _____

      **Columbus, OH 43218-2051**
      City                State    ZIP Code

XXXX– **3  8  1  1**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other
      _____

18.3  **JPMorgan Chase Bank, N.A.**
      Name

      **P.O. Box 182051**
      Street

      _____

      **Columbus, OH 43218-2051**
      City                State    ZIP Code

XXXX– **9  0  8  8**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other
      _____

18.4  **American Express**
      Name

      **P.O Box 297817**
      Street

      **Bankruptcy Unit**

      **Fort Lauderdale, FL 33329**
      City                State    ZIP Code

XXXX– __ __ __ __

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☑ Other
      _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ | _____ | _____ | ☐ No |
| Name | _____ | _____ | ☐ Yes |
| _____ | | | |
| Street | _____ | _____ | |
| _____ | Address | _____ | |
| City        State    ZIP Code | _____ | _____ | |
| | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor **Pulse Physician Organization, PLLC**                    Case number *(if known)* _____
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**Public Storage**
Name

**P.O. Box 25050**
Street

**ATTN: Customer Service**

**Address**

**Glendale, CA 91221**
City            State    ZIP Code

Does debtor still have it?
☐ No
☑ Yes

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name

Street

City            State    ZIP Code

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State    ZIP Code | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  **Pulse Physician Organization, PLLC**                                            Case number *(if known)* _____

Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   **Pulse Physician Organization, PLLC**
          Name                                                        Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26a.1. **Viking Advisory Group**<br>Name<br><br>**25511 Budde Road Unit 1102**<br>Street<br><br>**Tower Building**<br><br>**The Woodlands, TX 77380**<br>City          State          ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. **K.C. Tax & Bookkeeping Services**<br>Name<br><br>**8787 Sienna Springs Blvd Apt 1013**<br>Street<br><br><br>**Missouri City, TX 77459-6077**<br>City          State          ZIP Code | From _____ To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Viking Advisory Group**<br>Name<br><br>**25511 Budde Road Unit 1102**<br>Street<br><br>**Tower Building**<br><br>**The Woodlands, TX 77380**<br>City          State          ZIP Code | From _____ To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Viking Advisory Group**<br>Name<br><br>**25511 Budde Road Unit 1102**<br>Street<br><br>**Tower Building**<br><br>**The Woodlands, TX 77380**<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Pulse Physician Organization, PLLC**
Name

Case number *(if known)*

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____   State _____   ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

Name _____

Street _____

_____

City _____   State _____   ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aggarwala, Gaurav** | **74 Waterton Cove Pl The Woodlands, TX 77380-4619** | Owner, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **Pulse Physician Organization, PLLC**

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                                State         ZIP Code

**Relationship to debtor**

---

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __06/20/2024__
MM/ DD/ YYYY

**X** **/s/ Gaurav Aggarwala**                Printed name            **Gaurav Aggarwala**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor       **Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Pulse Physician Organization, PLLC

Case No. _____

**Debtor**    Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................................... **$50,000.00**

    Prior to the filing of this statement I have received ....................................................................... **$25,000.00**

    Balance Due ...................................................................................................................................... **$25,000.00**

2. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/20/2024** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Pulse Physician Organization, PLLC**                    CASE NO

                                                                CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/20/2024**        Signature                    **/s/ Gaurav Aggarwala**
                                                    Gaurav Aggarwala, Owner

ABBOT LABORATORIES INC.

1999 BRYAN ST. 900

DALLAS, TX 75201


ACHY LEGS CLINICS, LLC

2450 KUYKENDAHL RD

TOMBALL, TX 77375


GAURAV AGGARWALA

74 WATERTON COVE PL

THE WOODLANDS, TX 77380-4619


AMERICAN EXPRESS LEGAL

2401 FOUNTAIN VIEW DR STE 306

HOUSTON, TX 77057-4854


AMERICAN EXPRESS
NATIONAL BANK

P.O. BOX 6031

CAROL STREAM, IL 60197-6031


ASCENTIUM CAPITAL

23970 HIGHWAY 59 NORTH

KINGWOOD, TX 77339


AUSTIN LLP

DAVID J. AUSTIN, ESQ.

43 W 43RD ST., SUITE 288

NEW YORK, NY 10036-7424


BARNETT & GARCIA

3821 JUNIPER TRACE SUITE 108

AUSTIN, TX 78738

BMW FINANCIAL SERVICES
NA, LLC
5550 BRITTON PKWY
HILLIARD, OH 43026


CAMS REALTY
ATTN MARY STREET
2015 W. GROVE PKWY STE J
PLEASANT GROVE, UT 84062


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130


HEALTHPOINT MEDICAL
RESOURCE, LLC
6175 HICKORY FLAT HWY STE 110-393
CANTON, GA 30115-7207


INSTAFUNDERS LLC
1019 KANE CONCOURSE STE 202A
BAY HARBOR IS, FL 33154-2138


ITRIA VENTURES
1000 N WEST ST SUITE 1200
WILMINGTON, DE 19801


JPMORGAN CHASE BANK, N.A.
P.O. BOX 182051
COLUMBUS, OH 43218-2051


JUNG KWAK
2621 SUNFISH DR
PEARLAND, TX 77584-3041

MCA FUNDING SOURCE
THE LAW OFFICE OF JASON GANG
1245 HEWLETT PLZ # 478
HEWLETT, NY 11557-4021


MEDICAL OFFICE PARK -
HUNTSVILLE, LP
ATTN: LISA DOMINEY
100 MEDICAL CENTER BLVD STE 204
CONROE, TX 77304-2821


MILLROCK INVESTMENT
FUND 1, LLC
ATTN: KEVIN LONG
2100 S. PLEASANT GROVE BLVD, SUITE
275
PLEASANT GROVE, UT 84062


MOTO HUNTSVILLE, LLC
100 MEDICAL CENTER BLVD, SUITE 204
ATTN: DAVID ANDERSON
2232 DUNSTAN RD
HOUSTON, TX 77005-2626


NEWCO CAPITAL GROUP VI
LLC
1545 ROUTE 202 STE 203
POMONA, NY 10970-2951


NORTH CYPRESS LAND
VENTURES POB, LTD.
21216 NORTHWEST FREEWAY STE 210
CYPRESS, TX 77429


NOVUS CAPITAL FUNDING II
LLC
7 ELMWOOD DRIVE, SUITE 301
NEW CITY, NY 10956


ODK CAPITAL, LLC
175 W JACKSON BLVD STE 1000
CHICAGO, IL 60604-2863

ON DECK CAPITAL SERVICE
CENTER
4201 WILSON BLVD STE 110-209
ARLINGTON, VA 22203

ORGANOGENESIS INC.
85 DAN RD
CANTON, MA 02021-2810

PADFIELD & STOUT
420 THROCKMORTON STREET SUITE
1210
FORT WORTH, TX 76102

PARTNERS CAPITAL GROUP,
INC.
201 SANDPOINTE AVE SUITE 500
SANTA ANA, CA 92707

PHILIPS CAPITAL
P.O. BOX 2594
CHICAGO, IL 60690-2594

PIEKARSKI LAW PLLC
ADAM NICHOLS, ESQ.
1 WHITEHALL ST., 2ND FLOOR
NEW YORK, NY 10004-2125

PROMED MANAGEMENT
SERVICES, INC.
ATTN: LISA DOMINEY
100 MEDICAL CENTER BLVD STE 204
CONROE, TX 77304-2821

PULSE PHYSICIAN
ORGANIZATION, PLLC
119 MEDICAL PARK LN STE D
HUNTSVILLE, TX 77340-4980

ROCKET CAPITAL NY LLC
1250 E HALLANDALE BEACH BLVD STE
505
HALLANDLE BCH, FL 33009-4635


RUSSO & GOULD LLP
33 WHITEHALL STREET
NEW YORK, NY 10004


SIEMENS FINANCIAL
SERVICES, INC.
170 WOOD AVE SOUTH
ISELIN, NJ 08830-2741


SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011


SPECTRE INNOVATIONS LLC
6962 LAKE PALOMA TRL
THE WOODLANDS, TX 77389-4875


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TRUSTMARK
P.O. BOX 291
JACKSON, MS 39205-0291


U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202

US BANK NATIONAL
ASSOCIATION
PO BOX 790448
SAINT LOUIS, MO 63179-0448


BORIS YANKOVICH
415 OCEAN VIEW AVENUE FLOOR 3
BROOKLYN, NY 11235


BORIS YANKOVICH, ESQ.
1 WORLD TRADE CTR STE 8500
NEW YORK, NY 10007-0089