United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 15, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Pulse Physician Organization, PLLC *et al.*,[1]<br><br>Debtors. | Case No. 24-32860 (JPN)<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER CONFIRMING DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION UNDER SUBCHAPTER V OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1191(a)**

The Court considered the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization under Subchapter V of the Bankruptcy Code*, Dkt. No. 208 (the "**Plan**"),[2] any responses thereto, the evidence adduced at the confirmation hearing, and the record in this case, finds that the Plan is confirmed, and issues the following findings and orders in support thereof:

## I. COURT FINDINGS

1. The Court hereby **FINDS** that it has jurisdiction under 28 U.S.C. § 1334, that this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(L), and that venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The Court hereby **FINDS** that the relief requested within the Plan is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest.

3. The Court hereby **FINDS** that all provisions contained within the Plan comply with all applicable provisions of Title 11 of the United States Code ("**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), the Local Rules for the United States

[1] The debtors in these cases and the last four digits of their federal tax identification numbers are: Pulse Physician Organization, PLLC (3261) and Achy Legs Clinics, LLC (9709), in case number 24-32861.
[2] Capitalized terms used but not otherwise defined herein are intended to have the same meaning as defined in the Plan.

Bankruptcy Court for the Southern District of Texas, and the Court Procedures/Practice Guide for this Court.

4. The Court hereby **FINDS** that notice of the Plan was good and sufficient, satisfying the requirements under the Bankruptcy Code, the Bankruptcy Rules, and any order of this Court.

5. The Court hereby **FINDS** that balloting and solicitation of the Plan was done in accordance with all applicable rules, statutes, and any order of this Court.

6. The Court hereby **FINDS** that the Plan satisfies all applicable requirements of 11 U.S.C. § 1129(a) as specifically set forth below:

| | |
|---|---|
| 1129(a)(1) | The Plan itself complies with the applicable provisions of the Bankruptcy Code. |
| 1129(a)(2) | The Debtors as proponents of the Plan comply with applicable provisions of the Bankruptcy Code. |
| 1129(a)(3) | The Plan was proposed in good faith and not by any means forbidden by law. |
| 1129(a)(4) | All payments for costs incurred prior to the Effective Date of the Plan have been approved or are subject to approval by this Court as reasonable |
| 1129(a)(5) | The Plan discloses the affiliations of all officers and directors who will manage the reorganized debtors. |
| 1129(a)(6) | This requirement is waived and/or is inapplicable because the Debtors do not charge rates that are subject to regulatory approval. |
| 1129(a)(7) | Each impaired class has accepted the Plan in accordance with the requirements of § 1129(a)(7)(A)(i). |
| 1129(a)(8) | Each class of claimants under the Plan has either accepted the Plan or was not impaired by the Plan. |
| 1129(a)(9) | The Plan's payment of priority claims satisfies and complies with this requirement. |
| 1129(a)(10) | At least one class of impaired claims, excluding any insiders, has accepted the Plan. |
| 1129(a)(11) | The Plan is feasible, and the confirmation of the Plan is not likely to be followed by a liquidation or need for further financial reorganization (except as may be proposed in the Plan). |
| 1129(a)(12) | All required fees have been paid or will be paid under the Plan. |
| 1129(a)(13) | This requirement is waived and/or inapplicable because the Debtors have no "retiree benefits" as defined in 11 U.S.C. § 1114. |
| 1129(a)(14) | This requirement is waived and/or inapplicable because the Debtors have no domestic support obligations. |

| | |
|---|---|
| 1129(a)(15) | The conditions of 11 U.S.C. § 11259(a)(15) do not apply to the confirmation of a plan under 11 U.S.C. § 1191(a) in a Subchapter V case. |
| 1129(a)(16) | All retentions and transfers of property under the Plan comply with applicable law. |

7. The Court hereby **FINDS** that the Plan meets the requirements for confirmation of a plan in a Chapter 11 Subchapter V case pursuant to 11 U.S.C. § 1191(a).

8. The Court hereby **FINDS** that good cause exists to grant the Debtors' request to confirm the Plan.

## II. COURT ORDERS

9. Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Plan, filed at Docket No. 208, is hereby **CONFIRMED UNDER 11 U.S.C. § 1191(a).**

10. All terms contained within the Plan are hereby **ORDERED** to be **INCORPORATED BY REFERENCE** in this Confirmation Order.

11. As of the date of this Confirmation Order, any objections to the Plan or any former versions of the Plan, unless otherwise stated herein, are hereby **OVERRULED**. This includes the objection filed by Crockett Property Owners Group at Dkt. No. 170.

12. In accordance with 11 U.S.C. § 1142, the Debtor is authorized and directed, without the need for any further approval, to immediately take any action necessary or appropriate to implement, effectuate, and consummate the Plan and any transactions contemplated therein or by this Confirmation Order, in accordance with their respective terms.

13. The Debtor shall pay approved Subchapter V fees and expenses, as provided in the Plan, within ten (10) business days of a Court Order approving such fees and expenses under 11 U.S.C. § 330 throughout the Plan Term.

## A. Reorganized Debtors

14. The reorganized debtors shall be Pulse Physician Organization, PLLC and Achy Legs Clinics, LLC (the "**Reorganized Debtors**"). Gaurav Aggarwala, M.D., shall retain his equity within the Debtors and be the sole manager of both Reorganized Debtors.

## B. Duration of the Plan and Pay Schedule

15. The Reorganized Debtors shall make payments under the Plan for three (3) years, from January 21, 2025, through December 21, 2027, starting on January 21, 2025, and continuing on the 21st of each month thereafter. Quarterly payments to general unsecured creditors shall be made on March 21, June 21, September 21, and December 21 of each year.

16. As provided in the Plan, the Debtors shall be treated as a single payer for all Allowed Claims.

## C. Disbursing Agent

17. Viking Advisory Group shall serve as Disbursing Agent for the Debtors and shall disburse monthly payments to the Debtors' claimants starting January 21, 2025.

## D. Incorporation

18. All provisions of the Plan are incorporated herein by reference, unless stated otherwise as an inconsistency. Any modifications, alterations, changes, or edits to the Plan referenced herein shall be incorporated into the Plan. For the avoidance of doubt, should any terms within the Plan be inconsistent with the Confirmation Order, the Confirmation Order shall have paramount control.

## E. Discharge

19. The Reorganized Debtors are hereby discharged upon the entry of this Confirmation Order, pursuant to 11 U.S.C. § 1191(a).

**F. Exculpation**

20. To the fullest extent permitted by law, and except as otherwise provided in the Plan or this Confirmation Order, the Reorganized Debtors shall not incur liability for, and are released from, any claim or cause of action arising from acts or omissions in connection with these Chapter 11 cases. This includes matters related to the formulation, negotiation, filing, implementation, or administration of the Plan, any associated contracts or documents, the pursuit of confirmation and consummation, or the distribution of property under the Plan. However, this exculpation does not apply to acts or omissions determined by a final order to constitute actual fraud, gross negligence, or willful misconduct.

21. The Reorganized Debtors are deemed to have acted in good faith and in compliance with applicable law in soliciting votes and distributing consideration under the Plan and, therefore, shall not be liable for any related violations of law. Each Reorganized Debtor is entitled to the protections of 11 U.S.C. § 1125(e).

22. Each Reorganized Debtor's obligation to complete all payments under the Plan remains unchanged and is not limited by this provision. Nor does this section abrogate any provisions contained in Section H below regarding Guarantor Releases.

**G. Injunctions**

23. As of the Effective Date, all claimants who have held, currently hold, or may hold claims or interests that have been released, discharged, or are subject to injunction under the Plan are permanently enjoined from:

a. Commencing or continuing any action or proceeding against the Debtors or Reorganized Debtors related to such claims or interests, unless a default under the Plan, in accordance with Section O below, has commenced.

b. Enforcing, collecting, or recovering any judgment, award, or decree against the Debtors or Reorganized Debtors or their property on account of such claims or interests.

c. Asserting any right of setoff, subrogation, or recoupment against the Debtors or Reorganized Debtors or their property on account of such claims or interests, specific relief has been sought with the Court before the Effective Date of the Plan.

d. Initiating or continuing any action arising from claims or interests released or settled under the Plan.

24. Each Reorganized Debtor's obligation to complete all payments under the Plan remains unchanged and is not limited by this provision. Nor does this section abrogate any provisions contained in Section H below regarding Guarantor Releases.

**H. <u>Guarantor Releases</u>**

25. Any MCA Lender or Impaired Equipment Lender shall be bound by any guarantor release provisions contained within the Plan, premised on the Debtors completing all payments in the Plan Period.

26. However, notwithstanding any language to the contrary herein, nothing in the Plan shall in any way release, discharge, or limit Gaurav Aggarwala's personal liability for any obligations under any personal guaranty executed by Gaurav Aggarwala pre-petition or post-petition to secure Reorganized Debtors' performance of any obligations under any lease of real property.

**I. <u>Adversary Proceedings</u>**

27. The claims between the Debtors and Instafunders LLC, which includes the adversary proceeding *Instafunders LLC v. Pulse Physician Organization, PLLC*, Case No 24-ap-03203 (JPN) ("**Instafunders Adversary**") are hereby deemed resolved and settled pursuant to 11 U.S.C. § 1123(b)(3)(A). Unless already done so by the parties, the Instafunders Adversary shall be dismissed without prejudice within ten (10) days of the entry of this Confirmation Order. The filing of a motion under Fed. R. Bankr. P. 9019 to consummate any settlement shall not be necessary. Since the Debtors

have not filed an answer, Instafunders LLC is hereby permitted to file a notice of dismissal without prejudice[3], pursuant to Fed. R. Bankr. P. 7041, as enumerated under Fed. R. Civ. P. 41(a)(1)(A)(i).

**J. Texas Comptroller of Public Accounts**

28. Notwithstanding anything else to the contrary in the Plan or Confirmation Order, these provisions will govern the treatment of the claims of the Comptroller of Public Accounts (the "Comptroller"): (1) nothing provided in the Plan or Confirmation Order shall affect or impair any statutory or common law setoff rights of the Comptroller in accordance with 11 U.S.C. § 553; (2) nothing provided in the Plan or Confirmation Order shall affect or impair any rights of the Comptroller to pursue any non-debtor third parties for tax debts or claims, and the Comptroller specifically opts out of any third party releases, if any; (3) nothing provided in the Plan or Confirmation Order shall be construed to preclude the payment of interest on the Comptroller's administrative expense tax claims; (4) to the extent that interest is payable with respect to any administrative expense, priority or secured tax claim of the Comptroller, the interest rate shall be the statutory interest rate; and (5) nothing provided in the Plan or Confirmation Order impacts the governmental claims bar date, and Comptroller may amend their claims at any point.

29. The Comptroller shall not be required to file any proof of claim, motion, or request for payment to be paid for any administrative claims. The Comptroller shall not be required to file any proof of claim, motion, or request for payment to be paid for any obligations that arise or have arisen in the ordinary course of the Debtors' business, including all post-petition taxes incurred by the Debtors after the Petition Date. All post-petition taxes owed to the Comptroller shall be paid in full with applicable interest on or before the Effective Date, or as otherwise agreed by the Comptroller. If any post-petition taxes or Administrative Claims owed to the Comptroller are not due on the

[3] This addresses an inconsistency within the Plan at Paragraph 52(b) stating that dismissal will occur with prejudice.

Effective Date, then such post-petition taxes or Administrative Claim shall be paid in the ordinary course of business in accordance with applicable law.

30. All secured or priority tax claims owed to the Texas Comptroller shall be paid in full either (1) on the Effective Date; (2) in equal monthly installments of principal and interest no later than twelve months after the Effective Date, with the first payment due on the Effective Date; or (3) as otherwise agreed to by the Comptroller. The Comptroller's priority or secured tax claims shall accrue interest at the statutory rate of interest until paid in full.

31. A failure by the Debtors or Reorganized Debtors to make a plan payment to an agency of the State of Texas shall be an Event of Default. If the Debtors or Reorganized Debtors fail to cure an Event of Default as to an agency of the State of Texas within seven (7) days after service of a written notice of default by email to Debtor and Debtors' counsel at matthew@jonesmurray.com, then that agency may (a) enforce the entire amount of its claim; (b) exercise any and all rights and remedies available under applicable non-bankruptcy law; and (c) seek such relief as may be appropriate in this court. The Debtors and/or Reorganized Debtors can receive up to three (3) notices of default, however, the third default cannot be cured. The Texas Comptroller preserves all available bankruptcy and state law remedies, if any, in the event of default of payment on claims as laid out herein above.

32. Debtors shall file all delinquent returns due and owing to on or before Effective date and stay current on filings thereafter. Notwithstanding anything to the contrary in the Plan or this Order, the Debtors will retain documents for the four-year inspection period set forth in Texas Tax Code § 111.0041(a) (or for any pending audits, the later of four years or the time any and all claim(s) based on such audit are resolved).

**K. <u>Class 2 Claimants</u>**

33. Paragraph 45 of the Plan is amended follows:

34. The various ad valorem taxing authorities will be paid their Allowed Claims on a monthly basis, with statutory post-petition interest accruing from the Petition Date until paid in full. The Allowed Claims shall be paid in full by or before December 2025 and there shall be no penalties for any prepayment of any Allowed Claims. All pre-petition and post-petition ad valorem tax liens shall be retained until such taxes are paid in full. Post-petition taxes shall be paid in the ordinary course of business, in accordance with applicable non-bankruptcy law, without the need to file an administrative expense claim or request for payment. Failure to pay any ad valorem taxes under this Plan shall be deemed a default of this Plan, and the taxing authorities shall be permitted to proceed with all collection rights under state law, without further notice or order from the Bankruptcy Court. These claimants are unimpaired and not entitled to vote on the Plan pursuant to 11 U.S.C. § 1126(f). Those Claimants are as follows:

| Claimant | Allowed Claim | Interest Rate | Payment Terms |
|---|---|---|---|
| Brazoria County Tax Office | $54.24 | 12.00% | $4.82 per month from January 2025 to December 2025 |
| Cimarron Municipal Utility District | $197.19 | 12.00% | $17.52 per month from January 2025 to December 2025 |
| Cypress-Fairbanks ISD | $7,095.70 | 12.00% | $630.44 per month from January 2025 to December 2025 |
| Harris County | $3,615.44 | 12.00% | $321.23 per month from January 2025 to December 2025 |
| Harris County ESD #9 | $253.18 | 12.00% | $22.49 per month from January 2025 to December 2025 |
| Harris County ESD #48 | $59.66 | 12.00% | $5.30 per month from January 2025 to December 2025 |
| Katy ISD | $603.70 | 12.00% | $53.64 per month from January 2025 to December 2025 |

| | | | |
|---|---|---|---|
| Lone Star College System | $640.57 | 12.00% | $56.91 per month from January 2025 to December 2025 |
| Walker County Appraisal District | $148.36 | 12.00% | $13.18 per month from January 2025 to December 2025 |

**L. Reserve**

35. The cash reserve as referenced in the Debtors' plan shall be $8,084. However, any remainder of the reserve shall be paid first to administrative claims, and second, to general unsecured claimants. The Debtors are not permitted to retain any amount of the Reserve.

**M. Reconciliation of Claims**

36. Unless otherwise stated here in the Confirmation Order, any Allowed Claim listed in the Plan controls as the Allowed Claim for that specific creditor.

37. All provisions within the Plan regarding Disallowed Claims are hereby incorporated by reference. The following claims are disallowed, either (i) for filing a late proof of claim or (ii) for failing to file a proof of claim pursuant to Fed. R. Bankr. P. 3003(b)(1) when the Reorganized Debtors scheduled them as contingent, disputed, or unliquidated:

| Pulse Physician Organization, LLC | Achy Legs Clinic, LLC |
|---|---|
| E-Health Group LLC | MCA Funding Source |
| LEAF Capital Funding, Inc. | NewCo Capital Group VI, LLC |
| MCA Funding Source | Novus Capital Funding II LLC |
| NewCo Capital Group VI, LLC | Rocket Capital NY LLC |
| Plutus Health, Inc. | |

38. Disallowance of these claims shall take effect upon entry of this Confirmation Order without the need for the Reorganized Debtors to object. These claims shall forever be barred and disallowed in their entirety.

**N. <u>Modifications to the Plan</u>**

39. Any modification of the Plan shall conform to those requirements as enumerated in 11 U.S.C. § 1193(b). However – *only* for those Allowed Claims specifically stated within the Plan – the Reorganized Debtors are free, on a post-confirmation basis, to enter into any modification and/or reaffirmations of their pre-petition contracts to more fully document and implement the terms of this Plan and Reorganized Debtors agree to fully cooperate, in good faith, with that process.

**O. <u>Defaults Under the Plan</u>**

40. In the event of a payment default under the Plan, any affected party in interest may provide written notice of the default to the Reorganized Debtors and their counsel, with a copy to the Disbursing Agent, at the addresses set forth below. Any notice of default shall be transmitted by email or by overnight delivery service. Notice shall be considered effective as follows: (a) if given by email, notice shall be effective on the date the email is transmitted; and (b) if given by overnight delivery service, notice shall be effective on the date that is one (1) business day after the date of delivery to the overnight delivery service. Any notice of default shall allow the Reorganized Debtors ten (10) calendar days to cure the default. If the default remains uncured after ten (10) calendar days following the effective date of the notice, the Party in interest may file a notice of default with the Court. Upon filing the notice of default with the Court, the Party in interest may pursue any post-confirmation relief as reserved for them under the Bankruptcy Code, applicable law, and/or the contracts (as may be modified post-confirmation) that the Debtor assumed under its Plan.

41. For MCA Lender Claimants (Class 5) and Impaired Equipment Claimants (Class 7), upon the filing the notice of default with the Court, that specific party in interest may pursue recovery of its claim against any guarantor. This shall only apply to Class 5 and 7 claimants. Additionally, upon the filing of a notice of default with the Court, the tolling of the statute of limitations shall terminate as to that specific claimant that filed a notice of default.

**Addresses for Notices of Default**

| | |
|---|---|
| Reorganized Debtors: | Gaurav Aggarwala, M.D.<br>6962 Lake Paloma Trail<br>Spring, TX 77389 |
| Counsel for Reorganized Debtors: | Jones Murray LLP<br>ATTN: Matthew W. Bourda<br>602 Sawyer Street, Suite 400<br>Houston, TX 77004<br>matthew@jonesmurray.com |
| Disbursing Agent: | Viking Advisory Group<br>ATTN: PK Kvien<br>25511 Budde Road, Suite 1102<br>The Woodlands, TX 77380<br>pk@vikingadvisorygroup.com |

**P. Waiver of the Automatic Stay**

42. Notwithstanding the stay under Bankruptcy Rule 6004(h) or other applicable stays, all of which are waived for cause, the Debtor is authorized to immediately consummate and implement the Plan.

**Q. Retention of Jurisdiction**

43. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Plan and this Confirmation Order.

**R. Disallowance of Claims**

44. The deadline for claimants to file their proofs of claim was set by the United States Trustee's *Notice of Meeting of Creditors*. *See* Dkt. No. 38. The deadline set for normal claimants was August 29, 2024, and the deadline set for government claimants was December 17, 2024. Both deadlines have passed. This Plan incorporates the pre-existing proof of claims deadlines set in this bankruptcy case and does not propose its own new, changed, or otherwise different claims deadline.

45. Unless otherwise stated, any late filed claims will be disallowed. *Any* proof of claim that was not filed by the Claims Bar Date is forever barred and disallowed in its entirety. This does not include claimants who have filed a proof of claim specifically for rejection damages under 11 U.S.C. § 502(b)(6) after the Claims Bar Date. Likewise, this does not include any claim where the Court has specifically entered an order allowing a late claim.

**S. Final Pay Schedule**

46. The final pay schedule is revised to incorporate those changes in Section K above. This shall supersede all other pay schedules filed by the Debtors. However, the Court finds that this version does not cause any materially adverse changes to any creditor compared to that one filed with the Plan.

Signed: January 15, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

Submitted by:

**Jones Murray LLP**

By: /s/Matthew W. Bourda
Christopher R. Murray
Texas Bar No. 24081057
chris@jonesmurray.com
Matthew W. Bourda
Texas Bar No. 24091948
matthew@jonesmurray.com
Jacqueline Q. Chiba
Texas Bar No. 24116899
jackie@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX 77007
Phone: 832-529-1582
Fax: 832-529-3393

*Counsel for the Reorganized Debtors*

| | | Q1 2025 | Q2 2025 | Q3 2025 | Q4 2025 | FY 2025 | Q1 2026 | Q2 2026 | Q3 2026 | Q4 2026 | FY 2026 | Q1 2027 | Q2 2027 | Q3 2027 | Q4 2027 | FY 2027 | 3 Yr Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Disposable Income** | | $199,935 | $199,935 | $199,935 | $199,935 | $799,740 | $297,393 | $297,393 | $297,393 | $297,393 | $1,189,571 | $368,793 | $368,793 | $368,793 | $368,793 | $1,475,171 | $3,464,482 |
| **Summary of Payments** | **Balance** | | | | | **FY 2025** | | | | | **FY 2026** | | | | | **FY 2027** | **3 Yr Total** |
| Priority Claims | $ 136,401 | $ 25,259 | $ 25,259 | $ 25,259 | $ 25,259 | $ 101,038 | $ 17,681 | $ 17,681 | $ - | $ - | $ 35,363 | $ - | $ - | $ - | $ - | $ - | $ 136,401 |
| Secured Claims 12% | $ 12,668 | $ 3,377 | $ 3,377 | $ 3,377 | $ 3,377 | $ 13,506 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,506 |
| Secured Claims 8% | $ 274,049 | $ 25,763 | $ 25,763 | $ 25,763 | $ 25,763 | $ 103,052 | $ 25,763 | $ 25,763 | $ 25,763 | $ 25,763 | $ 103,052 | $ 25,763 | $ 25,763 | $ 25,763 | $ 25,763 | $ 103,052 | $ 309,157 |
| Secured Claims 0% | $ 957,788 | $ 49,982 | $ 49,982 | $ 49,982 | $ 49,982 | $ 199,929 | $ 94,732 | $ 94,732 | $ 94,732 | $ 94,732 | $ 378,929 | $ 94,732 | $ 94,732 | $ 94,732 | $ 94,732 | $ 378,929 | $ 957,788 |
| Secured Claims - Other | $ 22,749 | $ 2,194 | $ 2,194 | $ 2,194 | $ 2,194 | $ 8,777 | $ 2,194 | $ 2,194 | $ 2,194 | $ 2,194 | $ 8,777 | $ 2,194 | $ 2,194 | $ 2,194 | $ 2,194 | $ 8,777 | $ 26,330 |
| Secured Claims - Extended Payout | $ 3,455,983 | $ 88,857 | $ 88,857 | $ 88,857 | $ 88,857 | $ 355,427 | $ 88,857 | $ 88,857 | $ 88,857 | $ 88,857 | $ 355,427 | $ 88,857 | $ 88,857 | $ 88,857 | $ 88,857 | $ 355,427 | $ 1,066,282 |
| Subtotal - Secured Claims | $ 4,723,237 | $ 170,173 | $ 170,173 | $ 170,173 | $ 170,173 | $ 680,692 | $ 211,546 | $ 211,546 | $ 211,546 | $ 211,546 | $ 846,185 | $ 211,546 | $ 211,546 | $ 211,546 | $ 211,546 | $ 846,185 | $ 2,373,062 |
| Vendor Claims | $ 309,552 | $ 25,796 | $ 25,796 | $ 25,796 | $ 25,796 | $ 103,184 | $ 25,796 | $ 25,796 | $ 25,796 | $ 25,796 | $ 103,184 | $ 25,796 | $ 25,796 | $ 25,796 | $ 25,796 | $ 103,184 | $ 309,552 |
| Unsecured claims | $ 7,041,337 | $ 4,502 | $ 4,502 | $ 4,502 | $ 4,502 | $ 18,010 | $ 68,165 | $ 68,165 | $ 85,847 | $ 85,847 | $ 308,023 | $ 157,246 | $ 157,246 | $ 157,246 | $ 157,246 | $ 628,986 | $ 955,019 |
| **Total** | **$ 12,210,526** | **$ 199,935** | **$ 199,935** | **$ 199,935** | **$ 199,935** | **$ 799,740** | **$ 297,393** | **$ 297,393** | **$ 297,393** | **$ 297,393** | **$ 1,189,571** | **$ 368,793** | **$ 368,793** | **$ 368,793** | **$ 368,793** | **$ 1,475,171** | **$ 3,464,482** |
| | - | | | | | | | | | | | | | | | | |

## Detailed Claim Information

| | **Amount** | **Rate** | **Term** | Q1 2025 | Q2 2025 | Q3 2025 | Q4 2025 | **FY 2025** | Q1 2026 | Q2 2026 | Q3 2026 | Q4 2026 | **FY 2026** | Q1 2027 | Q2 2027 | Q3 2027 | Q4 2027 | **FY 2027** | **3 Yr Total** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Priority Claims** | | | | | | | | | | | | | | | | | | | |
| Texas Comptroller of Public Accounts | $ 30,312.21 | 0.00% | 12.00 | $7,578.05 | $7,578.05 | $7,578.05 | $7,578.05 | $30,312.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,312.21 |
| CAMS Realty LLC | $ 57,405.60 | 0.00% | 18.00 | $9,567.60 | $9,567.60 | $9,567.60 | $9,567.60 | $38,270.40 | $9,567.60 | $9,567.60 | $0.00 | $0.00 | $19,135.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,405.60 |
| Moto Huntsville LLC | $ 48,682.92 | 0.00% | 18.00 | $8,113.82 | $8,113.82 | $8,113.82 | $8,113.82 | $32,455.28 | $8,113.82 | $8,113.82 | $0.00 | $0.00 | $16,227.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,682.92 |
| **Subtotal** | **$ 136,400.73** | **0.00%** | **12.00** | **$25,259.47** | **$25,259.47** | **$25,259.47** | **$25,259.47** | **$101,037.89** | **$17,681.42** | **$17,681.42** | **$0.00** | **$0.00** | **$35,362.84** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$136,400.73** |
| **Secured Claims 12%** | | | | | | | | | | | | | | | | | | | |
| Brazoria County Tax Office | $ 54.24 | 12.00% | 12.00 | $14.46 | $14.46 | $14.46 | $14.46 | $57.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.83 |
| Cimarron Municipal Utility District | $ 197.19 | 12.00% | 12.00 | $52.56 | $52.56 | $52.56 | $52.56 | $210.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $210.24 |
| Cypress-Fairbanks ISD | $ 7,095.70 | 12.00% | 12.00 | $1,891.33 | $1,891.33 | $1,891.33 | $1,891.33 | $7,565.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,565.33 |
| Harris County | $ 3,615.44 | 12.00% | 12.00 | $963.68 | $963.68 | $963.68 | $963.68 | $3,854.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,854.73 |
| Harris County ESD #9 | $ 253.18 | 12.00% | 12.00 | $67.48 | $67.48 | $67.48 | $67.48 | $269.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $269.94 |
| Harris County ESD #48 | $ 59.66 | 12.00% | 12.00 | $15.90 | $15.90 | $15.90 | $15.90 | $63.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $63.61 |
| Katy ISD | $ 603.70 | 12.00% | 12.00 | $160.91 | $160.91 | $160.91 | $160.91 | $643.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $643.66 |
| Lone Star College System | $ 640.57 | 12.00% | 12.00 | $170.74 | $170.74 | $170.74 | $170.74 | $682.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $682.97 |
| Walker County Appraisal District | $ 148.36 | 12.00% | 12.00 | $39.54 | $39.54 | $39.54 | $39.54 | $158.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.18 |
| **Subtotal** | **$ 12,668.04** | **12.00%** | **12.00** | **$3,376.62** | **$3,376.62** | **$3,376.62** | **$3,376.62** | **$13,506.48** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,506.48** |
| **Secured Claims 8%** | | | | | | | | | | | | | | | | | | | |
| Philips Capital | $ 64,974.00 | 8.00% | 36.00 | $6,108.15 | $6,108.15 | $6,108.15 | $6,108.15 | $24,432.59 | $6,108.15 | $6,108.15 | $6,108.15 | $6,108.15 | $24,432.59 | $6,108.15 | $6,108.15 | $6,108.15 | $6,108.15 | $24,432.59 | $73,297.76 |
| Siemens Financial Services, Inc. | $ 59,074.69 | 8.00% | 36.00 | $5,553.56 | $5,553.56 | $5,553.56 | $5,553.56 | $22,214.23 | $5,553.56 | $5,553.56 | $5,553.56 | $5,553.56 | $22,214.23 | $5,553.56 | $5,553.56 | $5,553.56 | $5,553.56 | $22,214.23 | $66,642.70 |
| Small Business Administration | $ 150,000.00 | 8.00% | 36.00 | $14,101.36 | $14,101.36 | $14,101.36 | $14,101.36 | $56,405.46 | $14,101.36 | $14,101.36 | $14,101.36 | $14,101.36 | $56,405.46 | $14,101.36 | $14,101.36 | $14,101.36 | $14,101.36 | $56,405.46 | $169,216.37 |
| **Subtotal** | **$ 274,048.69** | **8.00%** | **36.00** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$103,052.28** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$103,052.28** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$25,763.07** | **$103,052.28** | **$309,156.84** |
| **Secured Claims - Other** | | | | | | | | | | | | | | | | | | | |
| Ascentium Capital | $ 22,749.00 | 9.75% | 36.00 | $2,194.14 | $2,194.14 | $2,194.14 | $2,194.14 | $8,776.55 | $2,194.14 | $2,194.14 | $2,194.14 | $2,194.14 | $8,776.55 | $2,194.14 | $2,194.14 | $2,194.14 | $2,194.14 | $8,776.55 | $26,329.64 |
| **Subtotal** | **$ 22,749.00** | | | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$8,776.55** | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$8,776.55** | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$2,194.14** | **$8,776.55** | **$26,329.64** |
| **Secured Claims 0%** | | | | | | | | | | | | | | | | | | | |
| Capital One - 506(b) Claim | $ 90,530.89 | | 36.00 | $7,544.24 | $7,544.24 | $7,544.24 | $7,544.24 | $30,176.96 | $7,544.24 | $7,544.24 | $7,544.24 | $7,544.24 | $30,176.96 | $7,544.24 | $7,544.24 | $7,544.24 | $7,544.24 | $30,176.96 | $90,530.89 |
| Instafunders LLC | $ 120,000.00 | | 36.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $40,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $40,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $40,000.00 | $120,000.00 |
| Itria Ventures LLC | $ 195,000.00 | | 36.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $12,000.00 | $22,875.00 | $22,875.00 | $22,875.00 | $22,875.00 | $91,500.00 | $22,875.00 | $22,875.00 | $22,875.00 | $22,875.00 | $91,500.00 | $195,000.00 |
| US Bank N.A. d/b/a US Bank Equip. Fin. | $ 22,282.40 | | 36.00 | $1,856.87 | $1,856.87 | $1,856.87 | $1,856.87 | $7,427.47 | $1,856.87 | $1,856.87 | $1,856.87 | $1,856.87 | $7,427.47 | $1,856.87 | $1,856.87 | $1,856.87 | $1,856.87 | $7,427.47 | $22,282.40 |
| Novus Capital Funding II LLC | $ 250,000.00 | | 36.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $30,000.00 | $27,500.00 | $27,500.00 | $27,500.00 | $27,500.00 | $110,000.00 | $27,500.00 | $27,500.00 | $27,500.00 | $27,500.00 | $110,000.00 | $250,000.00 |
| ODK Capital, LLC | $ 152,799.95 | | 36.00 | $12,733.33 | $12,733.33 | $12,733.33 | $12,733.33 | $50,933.32 | $12,733.33 | $12,733.33 | $12,733.33 | $12,733.33 | $50,933.32 | $12,733.33 | $12,733.33 | $12,733.33 | $12,733.33 | $50,933.32 | $152,799.95 |
| Balboa Capital Corporation | $ 52,174.35 | | 36.00 | $4,347.86 | $4,347.86 | $4,347.86 | $4,347.86 | $17,391.45 | $4,347.86 | $4,347.86 | $4,347.86 | $4,347.86 | $17,391.45 | $4,347.86 | $4,347.86 | $4,347.86 | $4,347.86 | $17,391.45 | $52,174.35 |
| Pawnee Leasing Corporation | $ 75,000.00 | | 36.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $12,000.00 | $7,875.00 | $7,875.00 | $7,875.00 | $7,875.00 | $31,500.00 | $7,875.00 | $7,875.00 | $7,875.00 | $7,875.00 | $31,500.00 | $75,000.00 |
| **Subtotal** | **$ 957,787.59** | | | **$49,982.30** | **$49,982.30** | **$49,982.30** | **$49,982.30** | **$199,929.20** | **$94,732.30** | **$94,732.30** | **$94,732.30** | **$94,732.30** | **$378,929.20** | **$94,732.30** | **$94,732.30** | **$94,732.30** | **$94,732.30** | **$378,929.20** | **$957,787.59** |
| **Secured Claims - Extended Payout** | | | | | | | | | | | | | | | | | | | |
| BMW Financial Services NA, LLC | $ 114,000.26 | 6.49% | | $6,416.13 | $6,416.13 | $6,416.13 | $6,416.13 | $25,664.52 | $6,416.13 | $6,416.13 | $6,416.13 | $6,416.13 | $25,664.52 | $6,416.13 | $6,416.13 | $6,416.13 | $6,416.13 | $25,664.52 | $76,993.56 |
| Capital One - Loan | $ 3,341,983.00 | 5.75% | | $82,440.69 | $82,440.69 | $82,440.69 | $82,440.69 | $329,762.76 | $82,440.69 | $82,440.69 | $82,440.69 | $82,440.69 | $329,762.76 | $82,440.69 | $82,440.69 | $82,440.69 | $82,440.69 | $329,762.76 | $989,288.28 |
| **Subtotal** | **$ 3,455,983.26** | | | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$355,427.28** | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$355,427.28** | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$88,856.82** | **$355,427.28** | **$1,066,281.84** |
| **Vendor Claims** | | | | | | | | | | | | | | | | | | | |
| Moto Huntsville LLC | $ 50,000.00 | | 36.00 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $16,666.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $16,666.67 | $4,166.67 | $4,166.67 | $4,166.67 | $4,166.67 | $16,666.67 | $50,000.00 |
| Abbott Laboratories Inc | $ 100,000.00 | | 36.00 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $33,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $33,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $8,333.33 | $33,333.33 | $100,000.00 |
| Medtronic USA LLC | $ 159,552.46 | | 36.00 | $13,296.04 | $13,296.04 | $13,296.04 | $13,296.04 | $53,184.15 | $13,296.04 | $13,296.04 | $13,296.04 | $13,296.04 | $53,184.15 | $13,296.04 | $13,296.04 | $13,296.04 | $13,296.04 | $53,184.15 | $159,552.46 |
| **Subtotal** | **$309,552.46** | **$0.00** | **$36.00** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$103,184.15** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$103,184.15** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$25,796.04** | **$103,184.15** | **$309,552.46** |
| **Unsecured Claims** | | **% of Subtotal** | | | | | | | | | | | | | | | | | |
| 166 Avenue Realty Corp | $ 89,630.48 | 1.27% | | $57.31 | $57.31 | $57.31 | $57.31 | $229.25 | $867.69 | $867.69 | $1,092.76 | $1,092.76 | $3,920.89 | $2,001.62 | $2,001.62 | $2,001.62 | $2,001.62 | $8,006.48 | $12,156.62 |
| Abbott Laboratories Inc | $ 50,000.00 | 0.71% | | $31.97 | $31.97 | $31.97 | $31.97 | $127.89 | $484.04 | $484.04 | $609.59 | $609.59 | $2,187.25 | $1,116.60 | $1,116.60 | $1,116.60 | $1,116.60 | $4,466.38 | $6,781.52 |
| Accuhealth Technologies LLC | $ 219,241.08 | 3.11% | | $140.19 | $140.19 | $140.19 | $140.19 | $560.76 | $2,122.41 | $2,122.41 | $2,672.94 | $2,672.94 | $9,590.70 | $4,896.07 | $4,896.07 | $4,896.07 | $4,896.07 | $19,584.29 | $29,735.75 |
| Aetna, Inc. | $ 1,388.03 | 0.02% | | $0.89 | $0.89 | $0.89 | $0.89 | $3.55 | $13.44 | $13.44 | $16.92 | $16.92 | $60.72 | $31.00 | $31.00 | $31.00 | $31.00 | $123.99 | $188.26 |
| Airgas USA, LLC | $ 12,869.01 | 0.18% | | $8.23 | $8.23 | $8.23 | $8.23 | $32.92 | $124.58 | $124.58 | $156.90 | $156.90 | $562.95 | $287.39 | $287.39 | $287.39 | $287.39 | $1,149.56 | $1,745.43 |
| American Express National Bank | $ 107,652.74 | 1.53% | | $68.84 | $68.84 | $68.84 | $68.84 | $275.35 | $1,042.15 | $1,042.15 | $1,312.48 | $1,312.48 | $4,709.27 | $2,404.09 | $2,404.09 | $2,404.09 | $2,404.09 | $9,616.37 | $14,600.98 |
| Angiodynamics Inc | $ 61,098.00 | 0.87% | | $39.07 | $39.07 | $39.07 | $39.07 | $156.27 | $591.47 | $591.47 | $744.89 | $744.89 | $2,672.73 | $1,364.44 | $1,364.44 | $1,364.44 | $1,364.44 | $5,457.74 | $8,286.74 |
| ASC Healthcare Inc | $ 109,830.00 | 1.56% | | $70.23 | $70.23 | $70.23 | $70.23 | $280.92 | $1,063.23 | $1,063.23 | $1,339.02 | $1,339.02 | $4,804.51 | $2,452.71 | $2,452.71 | $2,452.71 | $2,452.71 | $9,810.85 | $14,896.28 |
| Biotronik Inc | $ 45,000.00 | 0.64% | | $28.77 | $28.77 | $28.77 | $28.77 | $115.10 | $435.63 | $435.63 | $548.63 | $548.63 | $1,968.53 | $1,004.94 | $1,004.94 | $1,004.94 | $1,004.94 | $4,019.74 | $6,103.37 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston Scientific Corp | $ | 69,324.00 | 0.98% | $44.33 | $44.33 | $44.33 | $44.33 | $177.31 | $671.11 | $671.11 | $845.18 | $845.18 | $3,032.58 | $1,548.14 | $1,548.14 | $1,548.14 | $1,548.14 | $6,192.55 | $9,402.44 |
| CAMS Realty LLC | $ | 348,087.71 | 4.94% | $222.58 | $222.58 | $222.58 | $222.58 | $890.31 | $3,369.73 | $3,369.73 | $4,243.81 | $4,243.81 | $15,227.10 | $7,773.46 | $7,773.46 | $7,773.46 | $7,773.46 | $31,093.85 | $47,211.26 |
| Capital One | $ | 60,392.79 | 0.86% | $38.62 | $38.62 | $38.62 | $38.62 | $154.47 | $584.64 | $584.64 | $736.30 | $736.30 | $2,641.88 | $1,348.69 | $1,348.69 | $1,348.69 | $1,348.69 | $5,394.75 | $8,191.10 |
| Change Healthcare | $ | 2,947.70 | 0.04% | $1.88 | $1.88 | $1.88 | $1.88 | $7.54 | $28.54 | $28.54 | $35.94 | $35.94 | $128.95 | $65.83 | $65.83 | $65.83 | $65.83 | $263.31 | $399.80 |
| Clinical Pathology Laboratories, Inc. | $ | 41,619.00 | 0.59% | $26.61 | $26.61 | $26.61 | $26.61 | $106.45 | $402.90 | $402.90 | $507.41 | $507.41 | $1,820.62 | $929.43 | $929.43 | $929.43 | $929.43 | $3,717.73 | $5,644.80 |
| Crockett Property Owners Group | $ | 2,123,084.44 | 30.15% | $1,357.57 | $1,357.57 | $1,357.57 | $1,357.57 | $5,430.28 | $20,552.96 | $20,552.96 | $25,884.21 | $25,884.21 | $92,874.33 | $47,412.53 | $47,412.53 | $47,412.53 | $47,412.53 | $189,650.12 | $287,954.72 |
| Diagnostic Monitor Software | $ | 14,750.00 | 0.21% | $9.43 | $9.43 | $9.43 | $9.43 | $37.73 | $142.79 | $142.79 | $179.83 | $179.83 | $645.24 | $329.40 | $329.40 | $329.40 | $329.40 | $1,317.58 | $2,000.55 |
| DM Software Inc. | $ | 83,583.33 | 1.19% | $53.45 | $53.45 | $53.45 | $53.45 | $213.78 | $809.15 | $809.15 | $1,019.03 | $1,019.03 | $3,656.35 | $1,866.58 | $1,866.58 | $1,866.58 | $1,866.58 | $7,466.30 | $11,336.44 |
| Healthpoint Medical Resource, LLC | $ | 22,137.00 | 0.31% | $14.16 | $14.16 | $14.16 | $14.16 | $56.62 | $214.30 | $214.30 | $269.89 | $269.89 | $968.38 | $494.36 | $494.36 | $494.36 | $494.36 | $1,977.45 | $3,002.45 |
| Henry Schein | $ | 26,545.00 | 0.38% | $16.97 | $16.97 | $16.97 | $16.97 | $67.89 | $256.97 | $256.97 | $323.63 | $323.63 | $1,161.21 | $592.80 | $592.80 | $592.80 | $592.80 | $2,371.20 | $3,600.31 |
| Impulse Dynamics USA Inc | $ | 326,000.00 | 4.63% | $208.45 | $208.45 | $208.45 | $208.45 | $833.82 | $3,155.91 | $3,155.91 | $3,974.52 | $3,974.52 | $14,260.87 | $7,280.20 | $7,280.20 | $7,280.20 | $7,280.20 | $29,120.81 | $44,215.50 |
| JPMorgan Chase Bank, N.A. | $ | 808,112.81 | 11.48% | $516.73 | $516.73 | $516.73 | $516.73 | $2,066.93 | $7,823.10 | $7,823.10 | $9,852.35 | $9,852.35 | $35,350.90 | $18,046.70 | $18,046.70 | $18,046.70 | $18,046.70 | $72,186.81 | $109,604.64 |
| Leasepoint Funding | $ | 58,506.00 | 0.83% | $37.41 | $37.41 | $37.41 | $37.41 | $149.64 | $566.38 | $566.38 | $713.29 | $713.29 | $2,559.34 | $1,306.55 | $1,306.55 | $1,306.55 | $1,306.55 | $5,226.20 | $7,935.19 |
| Legacy Medical Consultants, LP | $ | 66,420.00 | 0.94% | $42.47 | $42.47 | $42.47 | $42.47 | $169.88 | $642.99 | $642.99 | $809.78 | $809.78 | $2,905.54 | $1,483.29 | $1,483.29 | $1,483.29 | $1,483.29 | $5,933.14 | $9,008.57 |
| Lewis Brisbois Bisgaard & Smith LLP | $ | 2,921.00 | 0.04% | $1.87 | $1.87 | $1.87 | $1.87 | $7.47 | $28.28 | $28.28 | $35.61 | $35.61 | $127.78 | $65.23 | $65.23 | $65.23 | $65.23 | $260.93 | $396.18 |
| McKesson Medical-Surgical, Inc. | $ | 19,322.61 | 0.27% | $12.36 | $12.36 | $12.36 | $12.36 | $49.42 | $187.06 | $187.06 | $235.58 | $235.58 | $845.27 | $431.51 | $431.51 | $431.51 | $431.51 | $1,726.04 | $2,620.73 |
| Medtronic USA LLC | $ | 130,542.92 | 1.85% | $83.47 | $83.47 | $83.47 | $83.47 | $333.89 | $1,263.75 | $1,263.75 | $1,591.55 | $1,591.55 | $5,710.60 | $2,915.27 | $2,915.27 | $2,915.27 | $2,915.27 | $11,661.09 | $17,705.58 |
| Merit Medical Systems Inc | $ | 21,539.00 | 0.31% | $13.77 | $13.77 | $13.77 | $13.77 | $55.09 | $208.51 | $208.51 | $262.60 | $262.60 | $942.22 | $481.01 | $481.01 | $481.01 | $481.01 | $1,924.03 | $2,921.34 |
| Molecular Lab Partners | $ | 37,224.00 | 0.53% | $23.80 | $23.80 | $23.80 | $23.80 | $95.21 | $360.35 | $360.35 | $453.83 | $453.83 | $1,628.36 | $831.28 | $831.28 | $831.28 | $831.28 | $3,325.13 | $5,048.70 |
| Moto Huntsville LLC | $ | 8,744.09 | 0.12% | $5.59 | $5.59 | $5.59 | $5.59 | $22.37 | $84.65 | $84.65 | $106.61 | $106.61 | $382.51 | $195.27 | $195.27 | $195.27 | $195.27 | $781.09 | $1,185.96 |
| N. Cypress POB III, LLC | $ | 616,675.04 | 8.76% | $394.32 | $394.32 | $394.32 | $394.32 | $1,577.29 | $5,969.85 | $5,969.85 | $7,518.38 | $7,518.38 | $26,976.45 | $13,771.53 | $13,771.53 | $13,771.53 | $13,771.53 | $55,086.13 | $83,639.86 |
| Organogenesis Inc | $ | 21,900.00 | 0.31% | $14.00 | $14.00 | $14.00 | $14.00 | $56.01 | $212.01 | $212.01 | $267.00 | $267.00 | $958.02 | $489.07 | $489.07 | $489.07 | $489.07 | $1,956.28 | $2,970.31 |
| Partners Capital Group, Inc. | $ | 62,841.63 | 0.89% | $40.18 | $40.18 | $40.18 | $40.18 | $160.73 | $608.35 | $608.35 | $766.15 | $766.15 | $2,749.01 | $1,403.37 | $1,403.37 | $1,403.37 | $1,403.37 | $5,613.49 | $8,523.23 |
| Philips Capital | $ | 20,098.00 | 0.29% | $12.85 | $12.85 | $12.85 | $12.85 | $51.41 | $194.56 | $194.56 | $245.03 | $245.03 | $879.19 | $448.83 | $448.83 | $448.83 | $448.83 | $1,795.31 | $2,725.90 |
| Philips North America LLC | $ | 116,459.00 | 1.65% | $74.47 | $74.47 | $74.47 | $74.47 | $297.87 | $1,127.41 | $1,127.41 | $1,419.84 | $1,419.84 | $5,094.50 | $2,600.75 | $2,600.75 | $2,600.75 | $2,600.75 | $10,403.01 | $15,795.38 |
| Regions Bank dba Ascentium Capital | $ | 69,819.39 | 0.99% | $44.64 | $44.64 | $44.64 | $44.64 | $178.58 | $675.90 | $675.90 | $851.22 | $851.22 | $3,054.25 | $1,559.20 | $1,559.20 | $1,559.20 | $1,559.20 | $6,236.80 | $9,469.63 |
| Rocket Capital NY LLC | $ | 176,574.79 | 2.51% | $112.91 | $112.91 | $112.91 | $112.91 | $451.63 | $1,709.37 | $1,709.37 | $2,152.76 | $2,152.76 | $7,724.26 | $3,943.25 | $3,943.25 | $3,943.25 | $3,943.25 | $15,773.01 | $23,948.90 |
| Scott Patton PC | $ | 11,336.52 | 0.16% | $7.25 | $7.25 | $7.25 | $7.25 | $29.00 | $109.75 | $109.75 | $138.21 | $138.21 | $495.92 | $253.17 | $253.17 | $253.17 | $253.17 | $1,012.66 | $1,537.58 |
| Smart Office Automation LLC | $ | 24,591.00 | 0.35% | $15.72 | $15.72 | $15.72 | $15.72 | $62.90 | $238.06 | $238.06 | $299.81 | $299.81 | $1,075.73 | $549.16 | $549.16 | $549.16 | $549.16 | $2,196.66 | $3,335.29 |
| St Jude Medical | $ | 108,776.74 | 1.54% | $69.56 | $69.56 | $69.56 | $69.56 | $278.22 | $1,053.04 | $1,053.04 | $1,326.18 | $1,326.18 | $4,758.44 | $2,429.19 | $2,429.19 | $2,429.19 | $2,429.19 | $9,716.77 | $14,753.43 |
| Streamline Scientific | $ | 18,000.00 | 0.26% | $11.51 | $11.51 | $11.51 | $11.51 | $46.04 | $174.25 | $174.25 | $219.45 | $219.45 | $787.41 | $401.97 | $401.97 | $401.97 | $401.97 | $1,607.90 | $2,441.35 |
| SVC Resource Services | $ | 240,000.00 | 3.41% | $153.46 | $153.46 | $153.46 | $153.46 | $613.86 | $2,323.37 | $2,323.37 | $2,926.03 | $2,926.03 | $10,498.80 | $5,359.66 | $5,359.66 | $5,359.66 | $5,359.66 | $21,438.63 | $32,551.29 |
| Terumo Medical Corporation | $ | 8,994.00 | 0.13% | $5.75 | $5.75 | $5.75 | $5.75 | $23.00 | $87.07 | $87.07 | $109.65 | $109.65 | $393.44 | $200.85 | $200.85 | $200.85 | $200.85 | $803.41 | $1,219.86 |
| Texas Comptroller of Public Accounts | $ | 2,621.90 | 0.04% | $1.68 | $1.68 | $1.68 | $1.68 | $6.71 | $25.38 | $25.38 | $31.97 | $31.97 | $114.70 | $58.55 | $58.55 | $58.55 | $58.55 | $234.21 | $355.61 |
| Tides Medical | $ | 86,700.00 | 1.23% | $55.44 | $55.44 | $55.44 | $55.44 | $221.76 | $839.32 | $839.32 | $1,057.03 | $1,057.03 | $3,792.69 | $1,936.18 | $1,936.18 | $1,936.18 | $1,936.18 | $7,744.71 | $11,759.15 |
| TTG Imaging Solutions LLC | $ | 58,287.00 | 0.83% | $37.27 | $37.27 | $37.27 | $37.27 | $149.08 | $564.26 | $564.26 | $710.62 | $710.62 | $2,549.76 | $1,301.66 | $1,301.66 | $1,301.66 | $1,301.66 | $5,206.64 | $7,905.49 |
| TTG Isotopes LLC | $ | 22,538.00 | 0.32% | $14.41 | $14.41 | $14.41 | $14.41 | $57.65 | $218.18 | $218.18 | $274.78 | $274.78 | $985.92 | $503.32 | $503.32 | $503.32 | $503.32 | $2,013.27 | $3,056.84 |
| TXU Energy Retail Company LLC | $ | 5,008.00 | 0.07% | $3.20 | $3.20 | $3.20 | $3.20 | $12.81 | $48.48 | $48.48 | $61.06 | $61.06 | $219.07 | $111.84 | $111.84 | $111.84 | $111.84 | $447.35 | $679.24 |
| U.S. Bank National Association | $ | 2,343.34 | 0.03% | $1.50 | $1.50 | $1.50 | $1.50 | $5.99 | $22.69 | $22.69 | $28.57 | $28.57 | $102.51 | $52.33 | $52.33 | $52.33 | $52.33 | $209.33 | $317.83 |
| Uline | $ | 4,305.80 | 0.06% | $2.75 | $2.75 | $2.75 | $2.75 | $11.01 | $41.68 | $41.68 | $52.50 | $52.50 | $188.36 | $96.16 | $96.16 | $96.16 | $96.16 | $384.63 | $584.00 |
| Unidos Healthcare | $ | 251,802.00 | 3.58% | $161.01 | $161.01 | $161.01 | $161.01 | $644.04 | $2,437.62 | $2,437.62 | $3,069.92 | $3,069.92 | $11,015.08 | $5,623.22 | $5,623.22 | $5,623.22 | $5,623.22 | $22,492.88 | $34,152.00 |
| UnitedHealthcare Insurance Company | $ | 251.97 | 0.00% | $0.16 | $0.16 | $0.16 | $0.16 | $0.64 | $2.44 | $2.44 | $3.07 | $3.07 | $11.02 | $5.63 | $5.63 | $5.63 | $5.63 | $22.51 | $34.17 |
| US Bank National Association | $ | 2,343.34 | 0.03% | $1.50 | $1.50 | $1.50 | $1.50 | $5.99 | $22.69 | $22.69 | $28.57 | $28.57 | $102.51 | $52.33 | $52.33 | $52.33 | $52.33 | $209.33 | $317.83 |
| VivaQuant, Inc. | $ | 33,128.39 | 0.47% | $21.18 | $21.18 | $21.18 | $21.18 | $84.73 | $320.71 | $320.71 | $403.89 | $403.89 | $1,449.20 | $739.82 | $739.82 | $739.82 | $739.82 | $2,959.28 | $4,493.22 |
| Wells Fargo Financial Leasing, Inc. | $ | 107,428.05 | 1.53% | $68.69 | $68.69 | $68.69 | $68.69 | $274.77 | $1,039.98 | $1,039.98 | $1,309.74 | $1,309.74 | $4,699.44 | $2,399.07 | $2,399.07 | $2,399.07 | $2,399.07 | $9,596.29 | $14,570.51 |
| **Subtotal** | **$** | **7,041,336.64** | **100.00%** | **$4,502.46** | **$4,502.46** | **$4,502.46** | **$4,502.46** | **$18,009.83** | **$68,165.11** | **$68,165.11** | **$85,846.53** | **$85,846.53** | **$308,023.27** | **$157,246.49** | **$157,246.49** | **$157,246.49** | **$157,246.49** | **$628,985.98** | **$955,019.08** |